UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTERLINE CATTLE CO., <br><br> Plaintiff, <br><br> v. <br><br> TY JOSLIN and JENNIFER JOSLIN, husband and wife; and CONNIE GRAHAM, <br><br> Defendants. | NO. CV-09-3021-RMP <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE the Court is Plaintiff's Stipulated Motion to Dismiss without Prejudice (Ct. Rec. 10). Having reviewed said stipulated motion and having reviewed the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Stipulated Motion for Dismissal without Prejudice (**Ct. Rec. 10**) is **GRANTED**. Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed without prejudice and without costs to any party.

The District Court Executive is ordered to file this Order, furnish copies to counsel, and **CLOSE** this file.

**DATED** this April 8, 2010.

s/ Rosanna Malouf Peterson
ROSANNA MALOUF PETERSON
DISTRICT COURT JUDGE

ORDER OF DISMISSAL WITHOUT PREJUDICE - 1